CLARK HILL LLP
Myriah V. Jaworski (SBN 336898)
mjaworski@clarkhill.com
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

*Attorneys for Defendant*
*Polaris Software LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANA HUGHES, individually and on behalf of all others similarly situated,

Plaintiff,

v.

POLARIS SOFTWARE LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,

Defendant.

Case No. 2:25-cv-09527-BFM

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT POLARIS SOFTWARE LLC TO RESPOND TO COMPLAINT**

Complaint Filed: 10/06/2025

Having reviewed the parties' Stipulation to Extend Time to Respond to Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED that:

Defendant Polaris Software LLC shall have through and including **January 26, 2026** to answer or otherwise respond to Plaintiff Dana Hughes' Complaint.

**IT IS SO ORDERED**.

Dated: December 9, 2025

By: [signature]
Hon. Brianna Fuller Mircheff
United States Magistrate Judge