Robert Tauler (SBN 241964)
rtauler@taulersmith.com
J. Evan Shapiro (SBN 218481)
eshapiro@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Defendant*
*Dana Hughes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANA HUGHES, individually and on behalf of all others similarly situated

Plaintiff,

v.

POLARIS SOFTWARE LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,

Defendant.

Case No.: 2:25-cv-09527-BFM

**NOTICE OF SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Dana Hughes and Defendant Polaris Software LLC have reached a resolution of the above-captioned case. The Parties are working on the final settlement papers and expect Plaintiff will dismiss his individual claims with prejudice within the next forty-five (45) days.

DATED: January 2, 2026

**TAULER SMITH LLP**

By: */s/ Robert Tauler*
Robert Tauler, Esq.
Attorneys for Plaintiff
Dana Hughes